# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRIAN POWELL,

    Plaintiff,

v.

TRANSUNION, LLC, et al,

    Defendants.

Case No. 17-12764
Hon. Terrence G. Berg

## ORDER EXTENDING DEADLINES FOR COMPLETION OF DISCOVERY AND FILING OF DISPOSITIVE MOTIONS

    1.    Counsel from all parties participated in a telephonic status conference on August 22, 2018. Plaintiff's counsel at this time informed the Court that a deposition scheduled for the previous Monday did not occur, because counsel for the deponent filed last minute documents withdrawing prior declarations.

    2.    Plaintiff also informed the Court that there remained one outstanding discovery issue with respect to Defendants TransUnion, LLC and Experian, Inc. Plaintiff is requesting both companies provide information establishing the net income and net worth of their each company, as well as how much each company budgets for the purposes of processing consumer disputes like this one.

3. In light of the need for additional time to complete discovery, the Court will extend the deadline for factual discovery to September 28, 2018. During this time, Plaintiff may complete the deposition of Enhanced Recovery, and may conduct limited discovery regarding the amounts budgeted by each company for handling consumer disputes like this one. The cut-off date for dispositive motions will be extended to November 2, 2018.

4. Regarding the issue of each company's income and net worth, the parties shall work together and reach a stipulation as to these amounts.

## **CONCLUSION**

All discovery in this matter is hereby ordered to conclude by **SEPTEMBER 28, 2018**, and the cut-off for filing any dispositive motions is now **NOVEMBER 2, 2018.**

**SO ORDERED.**

| | |
|---|---|
| Dated: August 23, 2018 | s/Terrence G. Berg<br>TERRENCE G. BERG<br>UNITED STATES DISTRICT JUDGE |

**Certificate of Service**

    I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on August 23, 2018.

s/A. Chubb
Case Manager
