# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

___

| | |
|---|---|
| BRIAN F. POWELL,<br>　　　　Plaintiff, | CASE NO. 2:17-cv-12764-TGB-RSW |
| vs. | Judge Terrence G. Berg<br>Magistrate Judge R. Steven Whalen |
| TRANS UNION, LLC,<br>EQUIFAX INFORMATION<br>SERVICES, LLC; and<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>　　　　Defendants. | |

___

## JOINT NOTICE OF SETTLEMENT
___

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Brian F. Powell ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union"), the last remaining Defendant. Plaintiff and Trans Union anticipate submitting a Stipulation And Proposed Order Of Dismissal With Prejudice shortly, once the settlement is consummated.

Respectfully submitted,

Date: February 6, 2019            /s/ Ian B. Lyngklip (with consent)
  Ian B. Lyngklip, Esq.
  Sylvia Bolos, Esq.
  Lyngklip & Associates Consumer
    Law Center, PLC
  24500 Northwestern Hwy., Suite 206
  Southfield, MI  48075
Telephone:  248-746-3790
Fax:  248-746-3793
ian@michiganconsumerlaw.com
sylviab@michiganconsumerlaw.com

  Paul B. Mengedoth, Esq.
  Mengedoth Law PLLC
  20909 N. 90th Place
  Scottsdale, AZ  85255
  Telephone:  480-778-9100
  Fax:   480-778-9101
  E-Mail:  paul@mengedothlaw.com

*Counsel for Brian F. Powell*

Date: February 6, 2019        /s/ Scott E. Brady
Andrew M. Lehmann, Esq. (MI #P75724)
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: alehmann@schuckitlaw.com
E-Mail: sbrady@schuckitlaw.com

*Counsel for Trans Union, LLC*

Brian A. Nettleingham, Esq. (MI #P58966)
Maddin Hauser Wartell Roth & Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail: ban@maddinhauser.com

*Local Counsel for Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

| | |
|---|---|
| BRIAN F. POWELL,<br>          Plaintiff,<br><br>     vs.<br><br>TRANS UNION, LLC,<br>EQUIFAX INFORMATION<br>SERVICES, LLC; and<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>          Defendants. | CASE NO. 2:17-cv-12764-TGB-RSW<br><br>Judge Terrence G. Berg<br>Magistrate Judge R. Steven Whalen |

_____

## CERTIFICATE OF SERVICE
_____

I, **Scott E. Brady**, hereby certify that on the **6th day of February, 2019,** I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| Paul B. Mengedoth, Esq.<br>paul@mengedothlaw.com | Sylvia Bolos, Esq.<br>Sylviab@michiganconsumerlaw.com |
|---|---|
| Ian B. Lyngklip, Esq.<br>ian@michiganconsumerlaw.com | |

I further certify that on the **6th day of February, 2019,** a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| None. | |
|---|---|

Respectfully submitted,

*/s/ Scott E. Brady*
Andrew M. Lehmann, Esq. (MI #P75724)
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: alehmann@schuckitlaw.com
E-Mail: sbrady@schuckitlaw.com

*Counsel for Trans Union, LLC*